**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                    :        Chapter 13


Sukhwinder Kaur                                 :   Bankruptcy No.  26-11412-djb


# ORDER  RESCHEDULING  HEARING

**AND NOW**, upon consideration of the Debtor(s)' Motion to Extend the Automatic Stay

beyond 30 days pursuant to 11 U.S.C. §362(c)(3)(B) (the "Motion"), it is hereby **ORDERED** that:

1.      Pending further order of this court, the automatic stay is **EXTENDED** with respect

to all creditors who were served with the Motion or Notice of the Motion and shall remain in

effect until May 21. 2026, unless modified by the court in accordance with 11 U.S.C.

362(d) and Fed. R. Bankr. P. 4001(a).

2.      A further hearing on the Motion shall be held on May 21, 2026 at 11:00 am

in Bankruptcy Courtroom No. 2,  900 Market Street, Second Floor, Philadelphia PA 19107

to consider further extension of the automatic stay.   Participants can choose to attend this

hearing by  video conference on  ZoomGov.com  with Join meeting ID:  161 0657 4791 .

3.      Counsel for Debtor shall serve this Order on all interested parties by Electronic

Means and/or first-class mail.

Dated:  April 8, 2026                          _____

                                                            Derek J. Baker
                                                            Bankruptcy Judge