**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Sukhwinder Kaur                                      CHAPTER 13

Debtor(s)

BKY. NO. 26-11412 DJB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2018-1 and index same on the master mailing list.

               Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
08 Apr 2026, 17:41:45, EDT

      KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: b78afdc4335106cdd1713fac1fbb7e0ec5b8f2a1f4d9a58f23c098a1ab3ae19b