United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 26-11412-djb

Sukhwinder Kaur                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 08, 2026 | Form ID: pdf900 | Total Noticed: 7 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sukhwinder Kaur, 335 Maypole Rd, Upper Darby, PA 19082-4128 |
| 15124472 | + AMARJIT S. LOCHAN, 145 SOUTH FAIRVIEW AVE., Philadelphia, PA 19182-0001 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Apr 09 2026 00:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 09 2026 00:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15124473 | Email/Text: bankruptcy@perpay.com | Apr 09 2026 00:35:00 | Perpay, 2400 Market St, Philadelphia, PA 19103 |
| 15124474 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 09 2026 00:36:00 | SELECT PORTFOLIO SERIVING, PO BOX 65250, Salt Lake City, UT 84165-0250 |
| 15124475 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 09 2026 00:36:00 | SELECT PORTFOLIO SERVICING, PO BOX 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2026                          Signature:          /s/Gustava Winters

District/off: 0313-2                              User: admin                                      Page 2 of 2

Date Rcvd: Apr 08, 2026                           Form ID: pdf900                                  Total Noticed: 7

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MITCHELL CHAMBERS, JR. | on behalf of Debtor Sukhwinder Kaur mchambers@keaveneylegalgroup.com  atruss@keaveneylegalgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                          :        Chapter 13


Sukhwinder Kaur                              :  Bankruptcy No.  26-11412-djb


## ORDER  RESCHEDULING  HEARING

**AND NOW**, upon consideration of the Debtor(s)' Motion to Extend the Automatic Stay

beyond 30 days pursuant to 11 U.S.C. §362(c)(3)(B) (the "Motion"), it is hereby **ORDERED** that:

1.      Pending further order of this court, the automatic stay is **EXTENDED** with respect

to all creditors who were served with the Motion or Notice of the Motion and shall remain in

effect until May 21. 2026, unless modified by the court in accordance with 11 U.S.C.

362(d) and Fed. R. Bankr. P. 4001(a).

2.      A further hearing on the Motion shall be held on May 21, 2026 at 11:00 am

in Bankruptcy Courtroom No. 2,  900 Market Street, Second Floor, Philadelphia PA 19107

to consider further extension of the automatic stay.   Participants can choose to attend this

hearing by  video conference on  ZoomGov.com  with Join meeting ID:  161 0657 4791 .

3.      Counsel for Debtor shall serve this Order on all interested parties by Electronic

Means and/or first-class mail.


Dated:  April 8, 2026                              _____

                                                                 Derek J. Baker
                                                                 Bankruptcy Judge