**EASTERN DISTRICT OF PENNSYLVANIA**
**BANKRUPTCY COURT**

| | | | |
|---|---|---|---|
| In re: | | : | Chapter 13 |
| Sukhwinder Kaur | | : | |
| | Debtor(s) | : | Bankruptcy No.  26-11412 DJB |

ORDER EXTENDING THE AUTOMATIC STAY

Upon consideration of Debtor's Motion to Extend the Automatic Stay (the "Motion") [Dkt. No. 7] beyond 30 days under Section 362, entered in this case, it is hereby;

ORDERED that for the reasons stated on the record:

1. That the Automatic Stay will extend beyond 30 days to all creditors served with the Motion.

2. That the Automatic Stay under Section 362 will be in full force against all creditors for the duration of the Chapter 13 Bankruptcy.

May 21, 2026

_____
Honorable Derek J. Baker
U.S. Bankruptcy Judge