United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 26-11412-djb

Sukhwinder Kaur                                                                  Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 21, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sukhwinder Kaur, 335 Maypole Rd, Upper Darby, PA 19082-4128 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: RASEBN@raslg.com | May 22 2026 02:22:00 | Federal Home Loan Mortgage Corporation, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2026          Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2018-1 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MITCHELL CHAMBERS, JR. | on behalf of Debtor Sukhwinder Kaur mchambers@keaveneylegalgroup.com  atruss@keaveneylegalgroup.com |

District/off: 0313-2                          User: admin                                    Page 2 of 2
Date Rcvd: May 21, 2026                       Form ID: pdf900                                 Total Noticed: 2

SHERRI DICKS
                    on behalf of Creditor Federal Home Loan Mortgage Corporation sdicks@raslg.com  shrdlaw@outlook.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 5

**EASTERN DISTRICT OF PENNSYLVANIA**
**BANKRUPTCY COURT**

In re:                                              :        Chapter 13
    Sukhwinder Kaur                          :
                Debtor(s)        :        Bankruptcy No.  26-11412 DJB

ORDER EXTENDING THE AUTOMATIC STAY

Upon consideration of Debtor's Motion to Extend the Automatic Stay (the "Motion")

[Dkt. No. 7] beyond 30 days under Section 362, entered in this case, it is hereby;

ORDERED that for the reasons stated on the record:

1. That the Automatic Stay will extend beyond 30 days to all creditors served with the Motion.

2. That the Automatic Stay under Section 362 will be in full force against all creditors for the duration of the Chapter 13 Bankruptcy.

May 21, 2026

_____
Honorable Derek J. Baker
U.S. Bankruptcy Judge