**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
|     Sakhwinder Kaur | : | |
|         Debtors | : | Bankruptcy Case No. 26-11412 |

**CERTIFICATION OF SERVICE**

    I, Mitchell Lee Chambers, Esquire, counsel for Debtor, certify that on July 15, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing exhibit, a copy of which is attached and incorporated as if fully set forth herein, be the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

1)    Chapter 13 Plan
2)    Amended Chapter 13 Plan

VIA REGULAR MAIL
SELECT PORTFOLIO
C/O MANAGING OFFICER
PO BOX 65250
SALT LAKE CITY, UT 84165

VIA REGULAR MAIL
PREPAY
C/O MANAGING OFFICER
2400 MARKET STREET
PHILADELPHIA, PA 19103

Via ECF
**KENNETH E. WEST**
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

I certify under penalty of perjury that the above documents were sent using the service indicated.

July 15, 2026

/s/ Mitchell Lee Chambers, Esq.
LAW OFFICES OF MITCHELL LEE CHAMBERS
602 LITTLE GLOUCESTER ROAD, SUITE 5
BLACKWOOD, NJ 08012
PHONE:  (856) 302-1778